UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHURON SLOAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.,<br><br>　　　　　　Defendant. | Case No. 3:12-cv-03221 NC<br><br>**STANDBY ORDER OF DISMISSAL** |

　　　The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pending deadlines. The parties are required to file a stipulation of dismissal by **December 14, 2012.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 19, at 2:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

　　　IT IS SO ORDERED.

　　　DATED:   October 25, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 12-cv-03119 NC
STANDBY ORDER OF DISMISSAL