1  G. Thomas Martin, III (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  Direct Dial: (818) 907-2030
   Fax: (818) 205-3730
4  tom@plglawfirm.com

5  Attorneys for Plaintiff,
   SHURON SLOAN,
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SHURON SLOAN,                  ) Case No.
                                  ) 3:12-cv-03221-NC
12      Plaintiff,                )
                                  )
13 vs.                            ) STIPULATION AND [PROPOSED]
                                  ) ORDER OF DISMISSAL WITH
14                                ) PREJUDICE BETWEEN
   DIVERSIFIED COLLECTION         ) PLAINTIFF AND DEFENDANT
15 SERVICES, INC.,                ) DIVERSIFIED COLLECTION
                                  ) SERVICES, INC.
16      Defendants.               )

17

18      Plaintiff, SHURON SLOAN, by counsel, and Defendant, DIVERSIFIED

19 COLLECTION SERVICES, INC., by counsel, hereby stipulate and agree that all

20 matters herein between them have been compromised and settled, and that

21 Plaintiff's cause against DIVERSIFIED COLLECTION SERVICES, INC should

22 be dismissed, with prejudice, with each party to bear its own costs and attorneys'

23 fees.

24 ///

25 ///

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT
DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-03221-NC

- 1 -

Respectfully submitted,

Date: January 11, 2013           By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.
Price Law Group
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Telephone: 818-907-2030
Fax: 818-205-2730
Email: tom@plglawfirm.com
*Counsel for Plaintiff Shuron Sloan*

Date: January 11, 2013           By: /s/ David I. Dalby
DAVID I. DALBY (SBN: 114750)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070
ddalby@hinshawlaw.com
*Counsel for Defendant Diversified Collection Services, Inc.*

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-03221-NC

- 2 -