G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
SHURON SLOAN,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHURON SLOAN, | Case No. 3:12-cv-03221-NC |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC.; |
| DIVERSIFIED COLLECTION SERVICES, INC., | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff SHURON SLOAN against Defendant DIVERSIFIED COLLECTION SERVICES, INC., are dismissed, with prejudice. Plaintiff SHURON SLOAN and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

///

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-03221-NC

- 3 -

1

2  Date: January 15, 2013

3                                                  JUDGE

4                                                  Northern

IT IS SO ORDERED

Judge Nathanael M. Cousins

United States District Court, Northern District of California

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT
DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-03221-NC